John C. Tang (SBN 212371)
Email: jctang@jonesday.com
Amir Q. Amiri (SBN 271224)
Email: aamiri@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700

Attorneys for Respondents

John B. Bulgozdy (SBN 219897)
Email: bulgozdyj@sec.gov
Theresa M. Melson (SBN 185209)
Email: melsont@sec.gov

Attorneys for Applicant Securities and Exchange
Commission
Michele Wein Layne, Regional Director
C. Dabney O'Riordan, Assistant Regional Director
John W. Berry, Regional Trial Counsel
444 South Flower Street, Suite 900
Los Angeles, CA 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1905

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Applicant,<br><br>  v.<br><br>JAMES T. BRAMLETTE and THE PELORUS GROUP LLC,<br><br>    Respondents. | Case No. 2:16-cv-07493-CMB (GJSx)<br><br>STIPULATION CONCERNING APPLICATION TO COMPEL COMPLIANCE WITH ADMINISTRATIVE SUBPOENAS |

   The undersigned parties, through their counsel of record, hereby enter into the following

Stipulation in resolution of Applicant Securities and Exchange Commission's (the "SEC's")

Application to Compel Compliance With Administrative Subpoenas (the "Application") (Dkt. 1):

   WHEREAS, on July 22, 2016, the SEC sent a subpoena containing document requests

(the "Requests") directed to each of Respondents, in connection with the matter captioned *In the Matter of Private Placement Capital Notes II, LLC* (LA-4649) (*See* Dkt. 1, Oct. 6, 2016 Melson Decl., Exs. 2 and 3) (the "Subpoenas");

WHEREAS, Respondents, via prior counsel, produced a limited number of documents in response to the Requests in the July 22 Subpoenas;

WHEREAS, on October 6, 2016, the SEC filed the present Application seeking further compliance with the Subpoenas;

WHEREAS, on October 26, 2016, the Court issued an Order to Show Cause (Dkt. 7) with respect to the SEC's Application, directing any responses to the Application to be filed by November 4, and setting a hearing on the Application for November 14, 2016 at 11:00 a.m.;

WHEREAS, Respondents' present counsel was formally retained on October 28;

WHEREAS, on November 4, 2016, Respondents filed their response concerning the Application (Dkt. 10);

WHEREAS, since retaining present counsel, Respondents have focused on making up for lost time, with respect to providing further substantive responses to the Requests on an accelerated basis;

WHEREAS, to that end, Respondents' present counsel initiated communications with SEC Staff regarding Respondents' renewed efforts, and have remained in contact with SEC Staff to keep the SEC updated on progress, next steps, and timing for providing further responses to the Requests;

WHEREAS, Respondents also have since undertaken an additional collection and production of additional documents to the SEC in response to the Requests, for receipt on November 3, November 7, November 10, and November 11, 2016, amounting to over seven gigabytes of data;

WHEREAS, Respondents intend to make additional productions of documents on a rolling basis in response to the Requests;

STIPULATION CONCERNING APPLICATION RE ADMINISTRATIVE SUBPOENAS

WHEREAS, on November 10, 2016, the Court took the November 14, 2016 hearing off calendar, based upon counsel's representation that the parties are nearing a resolution of the issues raised by the SEC's Application; and

WHEREAS, Respondents are committed to conferring with SEC staff as needed with the goal of reaching a mutually-agreeable resolution of any outstanding details relating to the Requests and the July 22 Subpoenas in resolution of the SEC's Application, to obviate the need for further proceedings on the Application.

NOW THEREFORE, the parties hereby stipulate as follows:

1.      Respondents will substantially complete their ongoing production of all responsive, non-privileged documents in response to the Requests, covering the time period from 2011, on an expedited basis and this production will be substantially completed no later than December 2, 2016;

2.      With respect to the time period 2008-2011, Respondents will undertake a diligent further search for all responsive, non-privileged documents in response to the Requests, to be produced on a rolling basis and to be substantially completed no later than December 23, 2016;

3.      Any documents responsive to the Requests that are withheld on the basis of attorney-client privilege will be identified on a privilege log and the privilege log will be produced no later than December 30, 2016;

4.      With respect to any outstanding details relating to the Requests and the July 22 Subpoenas, Respondents will continue to confer with SEC staff as needed with the goal of reaching a mutually-agreeable resolution; and

5.      The Court shall retain jurisdiction in the event any issues cannot be resolved by the parties regarding the Requests that are the subject of the SEC's Application filed with this Court.

///

///

///

1

2    Dated: November 14, 2016                    Respectfully submitted,

3                                                JONES DAY

4

5                                                By: */s/ John C. Tang*
                                                    John C. Tang
6                                                   Attorneys for Respondents James T.
                                                    Bramlette and The Pelorus Group, LLC
7

8                                                SECURITIES AND EXCHANGE
                                                 COMMISSION
9

10                                               By: */s/ Theresa M. Melson*
                                                    John B. Bulgozdy
11                                                  Theresa M. Melson
                                                    Attorneys for Applicant
12                                                  Securities and Exchange Commission

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION CONCERNING APPLICATION RE ADMINISTRATIVE SUBPOENAS

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## SIGNATURE ATTESTATION

I hereby attest that concurrence in the filing of this document has been obtained from all persons whose signatures are indicated by a "conformed" signature (/S/) within this e-filed document.

Dated: November 14, 2016

JONES DAY


By: */s/ John C. Tang*
John C. Tang

Attorneys for Respondents James T. Bramlette and The Pelorus Group, LLC

2:16-cv-07493-CMB (GJSx)
STIPULATION CONCERNING APPLICATION RE ADMINISTRATIVE SUBPOENAS