UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Applicant,<br><br>　　v.<br><br>JAMES T. BRAMLETTE and THE PELORUS GROUP LLC,<br><br>　　　　Respondents. | Case No. 2:16-cv-07493-CMB (GJSx)<br><br>[PROPOSED] ORDER CONCERNING APPLICATION TO COMPEL COMPLIANCE WITH ADMINISTRATIVE SUBPOENAS |

　　　　Based upon the stipulation of the parties, the Court hereby ORDERS the following:

　　　　1.　　With respect to the document requests (the "Requests") contained in the SEC's July 22, 2016 subpoenas directed to Respondents, in connection with the matter captioned *In the Matter of Private Placement Capital Notes II, LLC* (LA-4649) (See Dkt. 1, Oct. 6, 2016 Melson Decl., Exs. 2 and 3), Respondents will substantially complete their ongoing production of all responsive, non-privileged documents in response to the Requests, covering the time period from 2011, on an expedited basis and this production will be substantially completed no later than December 2, 2016;

　　　　2.　　With respect to the time period 2008-2011, Respondents will undertake a diligent further search for all responsive, non-privileged documents in response to the Requests, to be produced on a rolling basis and to be substantially completed no later than December 23, 2016;

3. Any documents responsive to the Requests that are withheld on the basis of attorney-client privilege will be identified on a privilege log and the privilege log will be produced no later than December 30, 2016;

4. With respect to any outstanding details relating to the Requests and the July 22 subpoenas, Respondents will continue to confer with SEC staff as needed with the goal of reaching a mutually-agreeable resolution; and

5. The Court shall retain jurisdiction in the event any issues cannot be resolved by the parties regarding the Requests that are the subject of the SEC's Application to Compel Compliance With Administrative Subpoenas (Dkt. 1) filed with this Court.

IT IS SO ORDERED.

Dated: November 15, 2016  _____
GAIL J. STANDISH
UNITED STATES MAGISTRATE COURT JUDGE