UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

**JS-6**

| Case No. | **CV 16-7493-CBM(GJSx)** | Date | APRIL 3, 2017 |
|---|---|---|---|

| Title | SECURITIES AND EXCHANGE COMMISSION v. JAMES T. BRAMLETTE, ET AL., |
|---|---|

| Present: The Honorable | CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE |
|---|---|

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:** IN CHAMBERS-ORDER AND NOTICE TO ALL PARTIES

The Court is in receipt of the parties joint status report, filed on March 29, 2017.

Counsel are hereby notified that pursuant to the joint status report, the matter has been settled and the Court hereby dismissed the case pursuant to Fed. R. Civ. P. 41 (a)(1)(A). [JS-6]

IT IS SO ORDERED.

cc: all parties

CV-90           **CIVIL MINUTES - GENERAL**           Initials of Deputy Clerk ys